**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

<u>OLD</u> Civil Case No.:**0:01CV 2359 DWF/AJB**

Fleming
v.
Schoeneckers, Inc

**IN RE: Notice of Reassignment of Magistrate Judge - <u>NEW</u>:0:01CV 2359 DWF/JSM**

**AT THE COURT'S DIRECTION,** the Clerk of Court is instructed to refer the above entitled case to **Magistrate Judge Janie S. Mayeron** to handle pretrial or other proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Katie Haagenson, her judicial assistant, at 651.848.1190. Magistrate Judge Mayeron's address is 316 N. Robert Street, Room 610, Saint Paul, MN 55101.

**DATED: February 5, 2003**

Richard D. Sletten
**Richard D. Sletten, Clerk**

Filed <u>February 7, 2003</u>
Judgment entered____________
Deputy Clerk________AJL____

(13)