UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Phyllis L. Fleming,

Plaintiff,

vs.

Schoeneckers Inc., f/k/a Business Incentives, Inc., d/b/a BI Performance Services,

Defendant.

Court File No. 0:01CV 2359 DWF/JSM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint and all claims contained therein may be dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED that any party may, forthwith and without notice to any other party, apply to the Court for an order for dismissal in accordance herewith.

VOSS & HICKMAN, P.A.

Dated: March 13th, 2003

By: [signature]
Barry V. Voss
Atty. No. 113293
Attorneys for Plaintiff
527 Marquette Ave. S., Ste. 2355
Minneapolis MN 55402-13233
Telephone: (612) 673-0707

MAR 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MOSS & BARNETT
A Professional Association

Dated: March 13, 2003

By [signature]
James E. O'Brien
Atty. No. 80512
David P. Jendrzejek
Atty. No. 49888
Attorneys for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

**ORDER FOR DISMISSAL**

Upon the foregoing stipulation,

IT IS HEREBY ORDERED that plaintiff's Complaint and all claims contained therein shall be and the same hereby are dismissed with prejudice and without costs to either party.

Dated: 3/20/, 2003

[signature]
Donovan W. Frank
United States District Court Judge